# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

In re  **Astill Jadusingh**
Debtor(s)

Case No.
Chapter  **7**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __Astill Jadusingh__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Astill Jadusingh_
**Astill Jadusingh**
Signature of Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 8/22/11 |
| Statement of Social Security Number | 8/22/11 |
| Declaration Concerning Schedules | 8/22/11 |
| Statement of Financial Affairs | 8/22/11 |
| Statement of Intentions | 8/22/11 |
| Notice of Req. 11 USC 324(a), 527(a), 527(b) | 8/22/11 |
| Form B22A | 8/22/11 |